IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH WOOD, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-76J |
| | ) | Judge Kim R. Gibson/ |
| PENNSYLVANIA BOARD OF | ) | Magistrate Judge Amy Reynolds Hay |
| PROBATION AND PAROLE; SCI | ) | |
| CRESSON, | ) | |
| Defendants | ) | |

**ORDER**

AND NOW, this 2nd day of July, 2009, after the Plaintiff, Keith Wood, filed an action in the above-captioned case, and after a Motion to Dismiss was filed by defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until June 25, 2009, to file written objections thereto, and upon consideration of the objections filed by plaintiff, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss [17] is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties/plaintiff/defendant desire(s) to appeal from this Order they/he/she must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

_____
KIM R. GIBSON
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Keith Wood
HT-0985
SCI Graterford
P.O. Box 246
Graterford, PA 19426

All Counsel of Record by electronic filing